**Order entered February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01411-CR

**ANTHONY PHIFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75027-V**

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2015 we granted the motion of Lori Ordiway to withdraw as appellant's appointed counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Daniel Oliphant to represent appellant. We **DIRECT** the Clerk to list Daniel Oliphant as appellant's appointed attorney of record.

The clerk's and reporter's records have been filed. Accordingly, we **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Daniel Oliphant and the Dallas County District Attorney's Office.

/s/    ADA BROWN
       JUSTICE